Kenric D. Kattner  
State Bar No. 11108400  
Kourtney P. Lyda  
State Bar No. 24013330  
**HAYNES AND BOONE, LLP**  
1221 McKinney Street, Suite 2100  
Houston, TX 77010  
Telephone: 713.547.2000  
Facsimile: 713.547.2600  
Email: kenric.kattner@haynesboone.com  
Email: kourtney.lyda@haynesboone.com  

Ian T. Peck  
State Bar No. 24013306  
David Staab  
State Bar No. 24093194  
**HAYNES AND BOONE, LLP**  
2323 Victory Avenue, Suite 700  
Dallas, TX 75219  
Telephone: 214.651.5000  
Facsimile:  214.651.5940  
Email: ian.peck@haynesboone.com  
Email: david.staab@haynesboone.com  

**ATTORNEYS FOR REORGANIZED DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **ERICKSON INCORPORATED**, *et al.*,[1] | § | Case No. 16-34393-hdh |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF EFFECTIVE DATE OF THE SECOND AMENDED JOINT PLAN
OF REORGANIZATION OF ERICKSON INCORPORATED, *ET AL.*,
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

On March 22, 2017, the Court entered its *Order Confirming the Second Amended Joint Plan of Reorganization of Erickson Incorporated, et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "**Confirmation Order**") [Docket No. 581] confirming the *Second Amended Joint Plan of Reorganization of Erickson Incorporated, et al., Pursuant to Chapter 11 of the Bankruptcy Code* (the "**Plan**")[2] [Docket No. 381] dated February 3, 2017.  The conditions precedent to the effectiveness of the Plan as described in Article IX(B) of the Plan have been satisfied or waived.  Accordingly,

**PLEASE TAKE NOTICE** that the Effective Date of the Plan is **Friday, April 28, 2017**. For purposes of calculating all filing and other deadlines in the Plan and Confirmation Order determined by

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Erickson Incorporated (7561); EAC Acquisition Corporation (3733); Erickson Helicopters, Inc. (5052); Erickson Transport, Inc. (9162); Evergreen Helicopters International, Inc. (1311); Evergreen Equity, Inc. (9209); and Evergreen Unmanned Systems, Inc. (3961). The location of the Debtors' service address is 5550 SW Macadam Avenue, Suite 200, Portland, OR 97239.

[2] Capitalized terms not otherwise defined herein will have the meaning ascribed to them in the Plan.

reference to the Effective Date, such time periods are deemed to have commenced on **April 28, 2017**. Certain of these deadlines are set forth below:

| | |
|---|---|
| Deadline to file applications or claims for payment of Administrative Claims, other than Professional Compensation Claims (the "**Administrative Claims Bar Date**")[3] | May 30, 2017 |
| Deadline for objections to Administrative Claims (the "**Administrative Claims Objection Deadline**)[4] | May 30, 2017 or 30 days after the date of filing of request for allowance, whichever is later |
| Deadline to file Claims arising from the rejection of an Executory Contract or Unexpired Lease (the "**Contract Rejection Claim Deadline**")[5] | May 30, 2017 or 30 days after the later of the (i) the date of entry of an order approving rejection; (ii) the effective date of contract rejection; or (iii) the date the Schedules were altered, amended, modified or supplemented affecting such contract or lease |
| Deadline to file applications for Professional Compensation Claims (the "**Professional Compensation Claim Bar Date**")[6] | June 12, 2017 |

**PLEASE TAKE FURTHER NOTICE** that any Entity that believes it holds an unpaid claim entitled to administrative expense priority pursuant to Bankruptcy Code § 503(b) or otherwise must file and serve a motion for Allowance and payment of such Administrative Claim on or before **May 30, 2017**, which is the Administrative Claims Bar Date. **THIS SHALL SERVE AS NOTICE TO ALL HOLDERS OF ADMINISTRATIVE CLAIMS THAT THEY MUST FILE A MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIMS.  ALL HOLDERS OF ADMINISTRATIVE CLAIMS THAT DO NOT FILE A MOTION FOR PAYMENT OF AN ADMINISTRATIVE CLAIM BY THE ADMINISTRATIVE CLAIMS BAR DATE OF MAY 30, 2017 WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH**

---

[3] *See* Article II(A) of the Plan for additional information
[4] *See* Article II(A) of the Plan for additional information.
[5] *See* Article V(C) of the Plan for additional information.
[6] *See* Article II(D) of the Plan for additional information.

**ADMINISTRATIVE CLAIMS AGAINST THE DEBTORS, THE REORGANIZED DEBTORS OR THEIR PROPERTY.**[7]

**PLEASE TAKE FURTHER NOTICE** that on March 24, 2017, the Court entered its *Chapter 11 Post-Confirmation Order* [Docket No. 586] (the "**Post-Confirmation Order**"). **IN THE EVENT OF A DISCREPANCY BETWEEN THE DEADLINES CONTAINED IN THIS NOTICE AND THE DEADLINES SET FORTH IN THE POST-CONFIRMATION ORDER, THE DEADLINES IN THIS NOTICE ARE THE CONTROLLING DEADLINES**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article XII(G) of the Plan, any Entity that desires to receive notices or other documents after the Effective Date must file a renewed request to receive such notices and documents with the Bankruptcy Court to be added to the "**Post-Confirmation Service List.**" Entities not on the Post-Confirmation Service List shall not receive notices or other documents filed in the Bankruptcy Cases after the Effective Date. An Entity who provides an e-mail address may be served by e-mail after the Effective Date.

Dated: April 28, 2017

Respectfully submitted,

**HAYNES AND BOONE, LLP**

By: */s/ Kourtney P. Lyda*

| | |
|---|---|
| Kenric D. Kattner | Ian T. Peck |
| State Bar No. 11108400 | State Bar No. 24013306 |
| Kourtney P. Lyda | David Staab |
| State Bar No. 24013330 | State Bar No. 24093194 |
| 1221 McKinney Street, Suite 2100 | 2323 Victory Avenue, Suite 700 |
| Houston, TX 77010 | Dallas, TX 75219 |
| Telephone: 713.547.2000 | Telephone: 214.651.5000 |
| Facsimile: 713.547.2600 | Facsimile: 214.651.5940 |
| Email: kenric.kattner@haynesboone.com | Email: ian.peck@haynesboone.com |
| Email: kourtney.lyda@haynesboone.com | Email: david.staab@haynesboone.com |

**ATTORNEYS FOR REORGANIZED DEBTORS**

---

[7] See Article II(A) of the Plan for additional information